**No. 46493.**—Protests 63200–K, etc., of Dezell & Co. et al. (New York).

Opinion by Cline, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) articles (not fabrics) were held not subject to countervailing duty as claimed.

**No. 46494.**—Protests 784533–G, etc., of Kwan On Chong (Cleveland).

Opinion by Cline, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

### Before the First Division, October 24, 1941

**No. 46495.**—Protests 862255–G, etc., of Anglo South Amer. Trust Co. et al. (New York).

Opinion by Walker, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

### Before the Second Division, October 24, 1941

**No. 46496.**—Protest 793–K of Hilborn Hamburger, Inc. (New York).

Opinion by Tilson, J.   In accordance with the agreed facts that certain of the merchandise is similar to that the subject of *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459) the trimmings in question were held dutiable as woven fabrics wholly or in chief value of any of the materials provided for in paragraph 385 at 40 percent as claimed.

**No. 46497.**—Protest 67173–K of A. D. Cohen Co., Inc. (New York).

Opinion by Tilson, J.   In accordance with the analyst's report that these hats are not bleached, dyed, colored, or stained, the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 46498.**—Protests 937254–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Tilson, J.   In accordance with written agreement of counsel that certain of the hats in question are composed wholly or in chief value of straw, grass, ramie, or manila hemp, and that they are not blocked or trimmed, bleached, dyed, colored, or stained, that they are not sewed, and that they are not known as harvest hats, the claim at 25 percent under paragraph 1504 (b) (1) was sustained.